IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANTE R. VOSS,

    Plaintiff,

v.

NATHAN R. KAUER, JOHN R. DENOVI, MARATHON COUNTY, AND SCOTT PARKS,

    Defendants.

Case No. 18-cv-848

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/  
Peter Oppeneer, Clerk of Court

11/16/2020  
Date