UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANTE R. VOSS,

        Plaintiff,

v.                              Case No. 18-CV-848

NATHAN R. KAUER, ET AL.,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Dante R. Voss, pro se, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 16th day of November, 2020.

Respectfully submitted,

Dante Voss
#347294
Oshkosh Corr. Inst.
P.O. Box 3310
Oshkosh, WI 54903